
FILED
CHARLOTTE, NC

NOV -7 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:12 MC 182

IN RE: ADMINISTRATIVE ORDER DESIGNATING
THE CHIEF JUDGE OF THE UNITED STATES
BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA

## ORDER

PURSUANT TO the authority and mandate of 28 U.S.C. § 154(b), the United States District Court for the Western District of North Carolina hereby designates the Honorable Laura T. Beyer as the Chief Bankruptcy Judge of the United States Bankruptcy Court for the Western District of North Carolina for a term of seven years from the close of business on November 19, 2012, with the possibility of reappointment.

THIS the 7 day of November, 2012.

s/Robert J. Conrad, Jr.
Robert J. Conrad, Jr., Chief
United States District Court Judge

s/Martin Reidinger
Martin Reidinger
United States District Judge

s/Max O. Cogburn, Jr
Max O Cogburn, Jr
United States District Judge

s/Richard L. Voorhees
Richard L. Voorhees
United States District Judge

s/Frank D. Whitney
Frank D. Whitney
United States District Judge

s/Graham C. Mullen
Graham C. Mullen, Senior
United States District Judge