# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**MISC. NO. 3:12-MC-182**

**IN RE: ADMINISTRATIVE ORDER DESIGNATING THE CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

FILED
CHARLOTTE, NC

APR 22 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER

**PURSUANT TO** the authority and mandate of 28 U.S.C. § 154(b), the United States District Court for the Western District of North Carolina hereby designates the Honorable Laura Turner Beyer as the Chief Bankruptcy Judge of the United States Bankruptcy Court for the Western District of North Carolina for a term of seven years from the close of business on November 19, 2019, with the possibility of reappointment.

**THIS** the 22nd day of April, 2019.

Frank D. Whitney, Chief
U.S. District Judge

Martin Reidinger
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Judge

Robert J. Conrad, Jr.,
U.S. District Judge

Max O. Cogburn, Jr.
U.S. District Judge

Richard L. Voorhees, Senior
U.S. District Judge